GILBERT, KELLY, CROWLEY & JENNETT LLP
TIMOTHY KENNA, Bar No. 64280
JENNIFER CALDERON, Bar No. 234448
1055 West Seventh Street, Suite 2000
Los Angeles, California 90017-2577
Telephone: (213) 615-7000
Facsimile: (213) 615-7100

Attorneys for Defendant
ATLAS LOGISTICS GROUP RETAIL SERVICES (PHOENIX), LLC ("Erroneously sued as "ATLAS LOGISTICS")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO DEL TORO, | Case No. 1:12-CV-01535-AWI-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| ATLAS LOGISTICS, FRYS FOOD STORES OF ARIZONA and THE KROGER COMPANY, | |
| Defendants. | |

Pursuant to Local Rule 144, and for good cause being shown, the Court hereby grant's Plaintiff, JULIO DEL TORO's, and Defendant, ATLAS LOGISTICS GROUP RETAIL SERVICES (PHOENIX), LLC ("Erroneously sued as "ATLAS LOGISTICS"), Stipulation to Extend Defendant, ATLAS LOGISTICS GROUP RETAIL SERVICES (PHOENIX), LLC time to File Responsive Pleadings to Plaintiff's Complaint for Damages and Demand for Jury Trial up-to and including November 2, 2012.

IT IS SO ORDERED.

Dated: **October 22, 2012**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Gilbert, Kelly
Crowley & Jennett LLP**
*Attorneys at Law*

-2-

ORDER GRANTING PLAINTIFF JULIO DEL TORO'S AND DEFENDANT ATLAS LOGISTICS'
STIPULATION FOR AN EXTENTION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAITNIFF'S
2616213.1   03682-00017