# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO DEL TORO,<br><br>    Plaintiff,<br><br>    v.<br><br>ATLAS LOGISTICS; THE KROGER CO.;<br>and FRY'S FOOD STORES OF<br>ARIZONA aka FRY'S,<br><br>    Defendants. | 1:12-cv-01535-AWI-BAM<br><br>ORDER VACATING HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION<br><br>(Doc. 9) |

   Defendant Atlas Logistics Group Retail Services (Phoenix) LLC (erroneously sued as Atlas Logistics) has filed a motion to (1) dismiss the complaint of plaintiff Julio Del Toro for improper venue or (2) transfer venue in the alternative.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  See Local Rule 230(g).

   Accordingly, the previously scheduled hearing date of December 10, 2012 is hereby VACATED and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 3, 2012

_____
UNITED STATES DISTRICT JUDGE